[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 1, 2011
JOHN LEY
CLERK

No. 10-15779
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cv-21962-AJ

EILEEN CHAUFOURNIER,

Plaintiff - Appellant,

versus

CARNIVAL CORPORATION,
A Foreign Corporation,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 1, 2011)

Before TJOFLAT, EDMONDSON and KRAVITCH, Circuit Judges.

PER CURIAM:

The district court dismissed plaintiff's claim because plaintiff failed to file

this action within the one-year limitations period provided in her passenger ticket contract with the defendant.  In dismissing her claim, the court rejected plaintiff's argument that the limitations period should be equitably tolled.  Plaintiff appeals the dismissal, arguing that the district court failed properly to apply our decision in Booth v. Carnival Corporation, 522 F.3d 1148 (11th Cir. 2008), to the facts in this case.  We disagree; the district court properly applied the law of equitable tolling to the facts at hand.  Its judgement is therefore

AFFIRMED.